NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**IN RE MAGNUM OIL TOOLS INTERNATIONAL, LTD.**

2015-1300

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00231.

**ON MOTION**

**O R D E R**

Upon consideration of McClinton Energy Group, LLC's unopposed motion to withdraw from this appeal,

IT IS ORDERED THAT:

The motion is granted. The revised official caption is reflected above. The Deputy Director should promptly inform the court if she intends to participate in this appeal.

FOR THE COURT

<u>/s/ Daniel E. O'Toole</u>
Daniel E. O'Toole
Clerk of Court

s27